**Order entered September 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01267-CR

**DEAN ALAN MATTHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 207th District Court**
**Comal County, Texas**
**Trial Court Cause No. CR2016-544**

## ORDER

The State's August 23, 2019 Motion to Submit the Case on Briefs is **DENIED**. Oral

argument will be heard in this case as scheduled, at one o'clock p.m. on September 25, 2019.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE